| | |
|---|---|
| LAW OFFICES | **CHASAN LEYNER & LAMPARELLO**<br>A PROFESSIONAL CORPORATION |

| | |
|---|---|
| 300 HARMON MEADOW BOULEVARD<br>SECAUCUS, NEW JERSEY 07094-3621<br>TEL. (201) 348-6000<br>FAX (201) 348-6633<br>WWW.CHASANLAW.COM<br><br>COUNSEL<br>JOEL A. LEYNER ᐃ*◊<br>ARTHUR N. D'ITALIA<br><br>OF COUNSEL<br>HERBERT KLITZNER<br>JOHN P. BEIRNE<br>ROBERT M. CZECH<br>____<br>RAYMOND CHASAN<br>(1904-1988) | RALPH J. LAMPARELLO ᐃ*+◊<br>ROBERT A. KAYE ᐃ<br>CINDY NAN VOGELMAN<br>JOHN V. MALLON ◊*<br>STEVEN L. MENAKER +*<br>THOMAS R. KOBIN ᐃ<br>ROBERT A. CAPPUZZO ᐃ<br>JOHN L. SHAHDANIAN II ᐃ<br>ANTHONY V. D'ELIA<br>____<br>KIM R. ONSDORFF ◊<br>JOHN M. LAGO *<br>WALTER H. SCHNEIDER, JR.<br>MICHAEL D. WITT ⊕<br>JORDAN S. FRIEDMAN ᐃ<br>MITZY GALIS-MENENDEZ<br>JOSEPH B. O'TOOLE, JR.<br>THOMAS A. MORRONE<br>ANN M. MERRITT ∩<br>PETER L. MacISAAC<br>JOSEPH A. RUTIGLIANO ∇<br>NICOLE R. CASSATA<br>MICHAEL A. CASSATA<br>JOSE VILARIÑO<br>KIRSTIN BOHN ᐃ<br>SARA J. CORCORAN<br>MICHAEL J. CUELLAR ◊<br>JOHN J. ZIDZIUNAS<br><br>ᐃ  N.J. & N.Y. BARS<br>◊  N.J. & PA. BARS<br>∇  N.J., D.C. & MN. BARS<br>⊕  N.J., N.M. & KS. BARS<br>∩  N.J. & FL. BARS<br><br>*  CERTIFIED CIVIL TRIAL ATTORNEY<br>+  CERTIFIED CRIMINAL TRIAL ATTORNEY<br>◊  RULE 1:40 QUALIFIED MEDIATOR |

July 2, 2007

**(VIA CM/ECF)**

Mr. William T. Walsh
Clerk of the United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, New Jersey  07101

    Re:    **NAACP v. North Hudson Regional Fire & Rescue**
            **Our File No.: 12324-0082**

Dear Mr. Walsh:

    In connection with above-captioned matter, attached please find defendant North Hudson Regional Fire & Rescue's answer, affirmative defenses, counterclaim and jury demand.

                      Very truly yours,

                      /S/

                      JOHN L. SHAHDANIAN II
                          For the Firm