UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP"); the NEWARK BRANCH, NAACP; the NEW JERSEY STATE CONFERENCE NAACP; ALLEN WALLACE; LAMARA WAPPLES; and ALTARIK WHITE,<br><br>            Plaintiffs,<br><br>      v.<br><br>NORTH HUDSON REGIONAL FIRE & RESCUE, a body corporate and politic of the State of New Jersey,<br><br>            Defendant.<br>      v.<br><br>ALEX M. DeROJAS, RANDY VASQUEZ, CARLOS CASTILLO, ORLANDO DUQUE, PABLO CLARO,<br><br>            Intervenor-Defendants. | Civ. No. 07-1683 (DRD)<br><br>**O R D E R** |

This matter having come before the court on the Plaintiffs' motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56, and the Plaintiffs' corresponding request for a permanent injunction; and on the Intervenor-Defendants' motion for summary judgment on the merits of the Plaintiffs' case and for attorneys' fees for the Intervenor-Defendants role in the court's vacation, on April 23, 2010, of the previously issued preliminary injunction; and on the Defendant's motion for summary judgment on the merits of the Plaintiffs' case; and the court having reviewed the submissions and heard the arguments of the parties; and for the reasons set forth in the opinion of even date,

IT IS, on this 21st day of September, 2010, ORDERED that

(1) The Plaintiffs' motion for summary judgment is GRANTED. Accordingly, the Plaintiffs' request for an injunction is GRANTED. The North Hudson Regional Fire and Rescue will be enjoined from hiring candidates from its current DOP list and from commencing hiring until it obtains a list from the DOP that expands the residency requirement to include residents of Hudson, Essex, and Union counties.

(2) The Defendant's motion for summary judgment is DENIED.

(3) The Intervenor-Defendant's motion for summary judgment is DENIED.

(4) The Intervenor-Defendant's motion for attorney's fees is DENIED.

_s/ Dickinson R. Debevoise_
DICKINSON R. DEBEVOISE, U.S.S.D.J.