UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-3965
No. 10-3983

_____

THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
PEOPLE "NAACP"; the NEWARK BRANCH, NAACP;
the NEW JERSEY STATE CONFERENCE NAACP; ALLEN WALLACE;
LAMARA WAPPLES; ALTARIK WHITE

v.

NORTH HUDSON REGIONAL FIRE & RESCUE,
a body corporate and politic of State of New Jersey;

ALEX M. DEROJAS; ALEXANDER RODRIGUEZ; RANDY VASQUEZ;
CARLOS CASTILLO; ORLANDO DUQUE; PABLO CLARO

(Intervenors in D.C.)

North Hudson Regional Fire & Rescue,
a body corporate and politic of the State of New Jersey,

Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 07-cv-01683)
District Judge:  Honorable Dickinson R. Debevoise

_____

Argued September 20, 2011

Before:  FISHER, HARDIMAN and GREENAWAY, JR., *Circuit Judges*.

_____

JUDGMENT

_____

      This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on September 20, 2011.

      On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the United States District Court for the District of New Jersey entered September 21, 2010, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

      Costs taxed against Appellant.

                                                  Attest:

                                                /s/ Marcia M. Waldron
                                                Clerk

DATED:     December 12, 2011